IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHONDELL T. BUCHANAN,

                      Petitioner,                      ORDER

    v.

                                                      09-cv-163-slc

UNITED STATES OF AMERICA,

                      Respondent.

       In an order entered in this case on March 24, 2009, I told petitioner that before I could consider his request to proceed *in forma pauperis* he would have to submit a copy of his six-month trust fund account statement so that I could assess an initial partial payment of the $350 fee for filing this case. From the statement, I have calculated petitioner's initial partial payment to be $58.00. Petitioner should be aware that he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. Petitioner should show a copy of this order to prison officials to insure that they are aware they should send petitioner's initial partial payment to this court.

ORDER

       IT IS ORDERED that petitioner is assessed $58.00 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $58.00 on or before April 29,2009. If, by April 29, 2009, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this

file without prejudice to petitioner's filing his case at a later date.

Entered this 8th day of April, 2009.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge