# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

SHONDELL T. BUCHANAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT
on a Motion pursuant to
28 U.S.C. § 2255

Case No.: 09-cv-163-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner Shondell T. Buchanan's petition for a writ of error corum nobis to 28 U.S.C. § 1651 is construed as a motion for post-conviction relief pursuant to 28 U.S.C. § 2255 and is DISMISSED.

PETER OPPENEER

Peter Oppeneer, Acting Clerk

by Deputy Clerk

6/4/09

Date

Copy of this document has been provided to: _____
_____
this ___ day of _____ 20 09
by _____
M. Hardin, Secretary to
Judge John C. Shabaz